UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORNA F. PIEDAD, | Case No.: 8:12-cv-00426-CJC-MLGx |
| Plaintiff, | [Assigned to the Hon. Cormac J. Carney] |
| v. | |
| WELLS FARGO, N.A.; WACHOVIA MORTGAGE, FSB; WACHOVIA MORTGAGE; WORLD SAVINGS BANK, FSB; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.; REGIONAL TRUSTEE SERVICES CORPORATION; AGENCY SALES AND POSTING OF IRVINE; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO, and DOES 1 through 100, inclusive | **JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

On June 20, 2012, this Court entered an Order dismissing plaintiff's first amended complaint and expunging the *lis pendens*.

/ / /

/ / /

In accordance with that Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Plaintiff's first amended complaint is dismissed with prejudice;
2. Judgment is entered in favor of Defendants WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo") and Golden West Savings Association Service Co. ("Golden West") (collectively "Defendants") and against Plaintiff;
3. Plaintiff shall take and recover nothing from Defendants; and
4. As the prevailing parties, the Defendants may submit motions to tax costs and to recover reasonable attorneys' fees.

DATED: August 7, 2012

By: _____
THE HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE