1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| LORNA F. PIEDAD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO, N.A,; WACHOVIA MORTGAGE, FSB; WACHOVIA MORTGAGE; WORLD SAVINGS BANK, FSB; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.; REGIONAL TRUSTEE SERVICES CORPORATION; AGENCY SALES AND POSTING OF IRVINE; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO, and DOES 1through 100, inclusive<br><br>　　　　Defendants. | Case No.:  8:12-cv-00426-CJC-MLGx<br><br>**JUDGMENT OF AWARD OF ATTORNEYS' FEES**<br><br>[Assigned to the Hon. Cormac J. Carney, Courtroom 9B] |

On September 24, 2012, this Court entered an Order granting the motion for award of attorneys' fees filed by defendant WELLS FARGO BANK, N.A.,

1  successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as
2  Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells
3  Fargo")
4       IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
5       1.    Defendant Wells Fargo is awarded its attorneys' fees in the amount
6  $8,997.50 payable from plaintiff Lorna F. Piedad.

9  DATED: September 28, 2012
10                                    THE HON. CORMAC J. CARNEY
                                      UNITED STATES DISTRICT JUDGE